# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| In re:<br>Shaka Ramsay,<br>        Debtor | Chapter 7<br>Case No. 11-21635-WCH |
| Michael Krupp and Fort Point, LLC<br><br>v.<br><br>Shaka Ramsay | Adversary Proceeding<br>No. 12-1170 |

## ASSENTED TO MOTION OF CREDITOR MICHAEL KRUPP AND FORT POINT LLC
## TO CONTINUE HEARING
### (Emergency Determination Requested)

To the Honorable William C. Hillman, United States Bankruptcy Judge:

Michael Krupp ("Krupp") and Fort Point, LLC ("Fort Point"), creditors and parties in interest in the above-referenced proceeding (collectively "Creditor") hereby respectfully move for the entry of an order continuing the hearings currently scheduled for October 30, 2013 on the Court's Order to Show Cause and Motion to Vacate same ("Hearings") for thirty (30) days. In support hereof, Creditor states the following:

1. The parties are engaged in communications concerning settlement terms agreed upon at mediation.

2. Defendant's counsel has a jury trial scheduled on October 30, 2013 and accordingly assents to the relief requested herein.

3. Additionally, emergency treatment is warranted and appropriate inasmuch as the Hearings are scheduled on October 30, 2013.

**WHEREFORE**, Creditor requests that the Hearings be continued for thirty (30) days to allow the parties to complete the settlement discussions, and granting such other relief as the Court deems just and appropriate.

Respectfully submitted,

Michael Krupp and
Fort Point, LLC
by their attorney,

/s/ Mark C. Rossi

Mark C. Rossi (BBO: 662376)
**Esher | Rossi LLC**
One Boston Place, 26th Floor
Boston, MA 02108
617-956-0956 (telephone)
877-266-0957 (facsimile)
mcr@esher-rossi.com

Dated: October 25, 2013

## CERTIFICATE OF SERVICE

I, Mark C. Rossi, hereby certify that on October 25, 2013, I served a copy of the foregoing upon the following persons, who do not otherwise receive electronic notice of filing, via first class mail, postage prepaid:

Dmitry Lev, Esq.
Law Offices of D. Lev, PC
419 Mount Auburn Street
Watertown, MA 02472
*(Debtor's counsel)*

/s/ Mark C. Rossi

2